**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : Chapter 13 |
| **Miller, Nyeesha M.** | : |
| **Debtor/Plaintiffs** | :    16-17747 mdc |
| | : |
| **v.** | :    Adversary No. 17-169 |
| | : |
| **M & T Bank** | : |
| **Defendant** | : |

## PRAECIPE FOR ENTRY OF DEFAULT

TO THE CLERK OF THE COURT:

The Plaintiff through and by her counsel, John L. McClain, Esquire, hereby requests an entry of default upon Defendant M&T Bank for failure to respond to the summons issued on June 21, 2017, directing M&T Bank to respond by July 21, 2017 .


Date:  August 3, 2017

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Plaintiff/Debtor
John L. McClain & Associates
P.O. Box 123
Narberth, PA 19072
(215) 893-9357