United States Bankruptcy Court
Eastern District of Pennsylvania

Miller,
    Plaintiff                                                                         Adv. Proc. No. 17-00169-mdc

M&T Bank,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2               User: John                     Page 1 of 1                    Date Rcvd: Aug 04, 2017
                           Form ID: pdf900                Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.
```
ust            +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                 228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla            +Nyeesha M. Miller,    53 Beverly Ave,    Lansdowne, PA 19050-2705
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 05 2017 01:27:58      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2017 01:27:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2017 01:27:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 05 2017 01:27:45      Frederic J. Baker,
                 Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                 Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Aug 05 2017 01:27:45      SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                 Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Aug 05 2017 01:27:45      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 05 2017 01:27:45      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
dft             E-mail/Text: camanagement@mtb.com Aug 05 2017 01:27:25      M&T Bank,    P.O. Box 840,
                 Buffalo, NY  14240-0840
                                                                                              TOTAL: 8
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Defendant   M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Nyeesha M. Miller aaamcclain@aol.com,
               edpabankcourt@aol.com
                                                                                             TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Nyeesha M. Miller, | : | |
|       Debtor. | : | Bankruptcy No. 16-17747-MDC |
| | | |
| Nyeesha M. Miller, | : | |
|       Plaintiff, | : | |
| v. | : | Adversary No. 17-00169-MDC |
| M&T Bank, | : | |
|       Defendant. | : | |

# **O R D E R**

**AND NOW**, Nyeesha M. Miller (the "Plaintiff"), commenced an adversary proceeding on June 20, 2017.

**AND**, on June 21, 2017, a summons was issued directing that any Answer or responsive pleading be filed on or before July 21, 2017.

**AND**, no answer or responsive pleading has been filed by M&T Bank.

It is hereby **ORDERED** that:

1. The Plaintiffs shall take appropriate action to prosecute this proceeding (*e.g.*, a Motion under Fed. R. Bankr. P. 7055(a)) on or before **August 18, 2017**.

2. Upon failure to comply with Paragraph 1 of this Order, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

Dated: August 3, 2017

                                                            MAGDELINE D. COLEMAN
                                                            UNITED STATES BANKRUPTCY JUDGE

John L. McClain, Esquire
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

2