**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| **Miller, Nyeesha M.** | : |
| **Debtor/Plaintiffs** | :    16-17747 mdc |
| | : |
| v. | :    Adversary No. 17-169 |
| | : |
| **M & T Bank** | : |
| **Defendant** | : |

### CERTIFICATE OF SERVICE

I certify that on  August 16, 2017 , I mailed by regular first class mail and/or sent by electronic means a copy of the Debtor's Motion for a Default Judgment Order and Notice of Hearing to Consider Motion to the parties listed below.

Dated: August 16, 2017

                                               "/s/" Mitchell J. Prince
                                               John L. McClain, Esquire
                                               Mitchell J. Prince, Esquire
                                               Attorneys for debtor

**JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072**

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

M&T Bank
One M&T Plaza
Buffalo, NY 14203
ATTN: Mr. Robert G. Wilmers, CEO

M&T Bank
c/o Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Miller, Nyeesha M.
53 Beverly Ave
Lansdowne, PA 19050