IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Chapter** 13 |
| **Miller, Nyeesha M.** | : | |
| **Debtor/Plaintiffs** | : | **16-17747 mdc** |
| | : | |
| v. | : | Adversary No. 17-169 |
| | : | |
| **M & T Bank** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, upon consideration of the Plaintiffs Motion for a default Judgment and after notice and hearing,

it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**;

2. The value of the interest of Defendant in the estate's interest in 53 Beverly Ave., Lansdowne, PA is $0.00 and the Defendant's allowed secured claim is $0.00.

3. To the extend that the Defendant's proof of claim has been **DISALLOWED** as a secured claim, is it **ALLOWED** as a general unsecured claim. See 11 U.S.C. Section 506 (a).

4. Pursuant to 11 U.S.C. Section 506 (d), but subject to 11 U.S.C. Sections 348(f)(1) and 349(b)(1)(C), any lien held by the Defendant that secured this claim is **VOID**.

5. **Defendant, M&T Bank**, its successors and/or assigns upon discharge to have their second mortgage marked "SATISFIED" and removed from the mortgage index as recorded at the Recorder of Deeds, Delaware County, Media Pennsylvania.

6. In the event that this case is DISMISSED, or CONVERTED to chapter 7, Paragraph 4 is **VACATED** without further order of court.

Dated: 9/14/17

_Magdeline D. C_____
Bankruptcy Judge

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

M&T Bank
One M&T Plaza
Buffalo, NY 14203
ATTN: Mr. Robert G. Wilmers, CEO

M&T Bank
c/o Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Miller, Nyeesha M.
53 Beverly Ave
Lansdowne, PA 19050