United States Bankruptcy Court
Eastern District of Pennsylvania

Miller,
        Plaintiff                                          Adv. Proc. No. 17-00169-mdc

M&T Bank,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Sep 25, 2017
                              Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
ust            +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
                228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla            +Nyeesha M. Miller,   53 Beverly Ave,   Lansdowne, PA 19050-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 26 2017 01:37:36   City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2017 01:37:25
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2017 01:37:34   U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 26 2017 01:37:32   Frederic J. Baker,
                Office of United States Trustee,   833 Chestnut Street,   Suite 500,
                Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Sep 26 2017 01:37:32   SHAKIMA L. DORTCH,
                U.S. Dept of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
                Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 26 2017 01:37:32   United States Trustee,
                228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 26 2017 01:37:32   United States Trustee,
                Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
dft             E-mail/Text: camanagement@mtb.com Sep 26 2017 01:37:25   M&T Bank,   P.O. Box 840,
                Buffalo, NY  14240-0840
                                                                                         TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Defendant   M&T Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Nyeesha M. Miller aaamcclain@aol.com,
               edpbankcourt@aol.com
                                                                                         TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : **Chapter** 13 | |
| **Miller, Nyeesha M.** | : | |
| **Debtor/Plaintiffs** | : | 16-17747 **mdc** |
| | : | |
| **v.** | : | **Adversary No.** 17-169 |
| | : | |
| **M & T Bank** | : | |
| **Defendant** | : | |

**ORDER**

      **AND NOW**, upon consideration of the Plaintiffs Motion for a default Judgment and after notice and hearing,

      it is hereby **ORDERED** and **DETERMINED** that:

1.    The Motion is **GRANTED**;

2.    The value of the interest of Defendant in the estate's interest in 53 Beverly Ave., Lansdowne, PA is $0.00 and the Defendant's allowed secured claim is $0.00.

3.    To the extend that the Defendant's proof of claim has been **DISALLOWED** as a secured claim, is it **ALLOWED** as a general unsecured claim.  See 11 U.S.C. Section 506 (a).

4.    Pursuant to 11 U.S.C. Section 506 (d), but subject to 11 U.S.C. Sections 348(f)(1) and 349(b)(1)(C), any lien held by the Defendant that secured this claim is **VOID**.

5.    **Defendant, M&T Bank**, its successors and/or assigns upon discharge to have their second mortgage marked "SATISFIED" and removed from the mortgage index as recorded at the Recorder of Deeds, Delaware County, Media Pennsylvania.

6.    In the event that this case is DISMISSED, or CONVERTED to chapter 7, Paragraph 4 is **VACATED** without further order of court.

Dated: _9/14/17_         _Magdeline D. C_____
                           Bankruptcy Judge

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

M&T Bank
One M&T Plaza
Buffalo, NY 14203
ATTN: Mr. Robert G. Wilmers, CEO

M&T Bank
c/o Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Miller, Nyeesha M.
53 Beverly Ave
Lansdowne, PA 19050